UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17cr39-MCR

MARK JOSHUA MITCHELL
_____/

**FINAL ORDER OF FORFEITURE**

This matter is before the Court on the government's Motion for Entry of Final Order of Forfeiture by the United States of America. (ECF No. 53). On or about April 18, 2017, an Indictment was returned against the defendant charging seven counts of interstate transportation of stolen property, in violation of Title 18, United States Code, Section 2314. (ECF No. 1). The Indictment also included a Criminal Forfeiture provision, pursuant to Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461(c), putting the defendant on notice that the United States would seek to forfeit his right, title, and interest in any property traceable to the violations. (ECF No. 1). At this time, the government seeks forfeiture of the following property:

A.  **.70 carat[1] Round diamond;**

B.  **.71 carat Round transitional diamond;**

---

[1] The carat weights identified herein are approximates.

1

**C.** **.70 carat Round diamond;**

**D.** **.34 carat Square radiant diamond;**

**E.** **.30 carat Round diamond;**

**F.** **.80 carat Round diamond; and**

**G.** **.69 carat Round diamond.**

(ECF No. 53). The United States is entitled to possession of the above-described property pursuant to Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c); and

WHEREAS, on June 22, 2017, the defendant pled guilty to Counts One through Seven of the Indictment, and as part of the defendant's guilty plea, the defendant agreed to the forfeiture of all forfeitable assets (ECF No. 26-28); and

WHEREAS, on July 26, 2017, a Preliminary Order of Forfeiture was entered (ECF No. 33); and Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the forfeiture action was published on an official internet government forfeiture site for at least 30 consecutive days. (EFC No. 37). No person or entity has filed a claim setting forth their interest in the property.

**IT IS ORDERED** that the above-described property is condemned and forfeited to the United States.

**ORDERED** this 16th day of March 2018.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**