Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                              Case Nos.:   3:17cr39/MCR/MAL
                                                        3:20cv5424/MCR/MAL

MARK JOSHUA MITCHELL,

    Defendant.
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 20, 2022.  ECF No. 106.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Defendant has been afforded multiple extensions of time to file his objections, totaling an additional 210 days. Despite these ample extensions, Defendant's Objection (ECF No. 116) was not filed before the latest extension of September 13, 2023 expired.[1]  Nonetheless, the Court has made a *de novo* determination of the Objection.

---

[1] The Court docket indicates the Order of July 13, 2023, which extended the objection deadline to August 12, 2023, was returned in the mail. The Order was mailed again on July 25, 2023. Due to the mailing difficulties, the Defendant was afforded another extension to September 13, 2023 to file his objection.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 106, is adopted and incorporated by reference in this order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 100, is **DENIED;** and

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 29th day of September 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:17cr39/MCR/MAL; 3:20cv5424/MCR/MAL